UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-09668-RGK-SK | Date | November 18, 2019 |
|---|---|---|---|
| Title | *Tigran Manucharyan v. AMICA Mutual Insurance Company, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re: Notice of Removal

Defendant AMICA Mutual Insurance Company ("Defendant") filed a Notice of Removal on November 11, 2019 removing the present case from Superior Court for Los Angeles County to this Court. Defendant bases jurisdiction on 28 U.S.C. § 1332(a).

28 U.S.C. § 1446(b) requires that a defendant file a Notice of Removal within 30 days of receiving through service a copy of the initial pleading. Defendant asserts that although the Complaint was filed in the Superior Court on March 15, 2019, they were not served with a copy until October 31, 2019. (Def.'s Not. of Removal ¶ 13, ECF No. 1.) However, Defendant has not attached any supporting documentation in its Notice of Removal that would allow the Court to determine that the Notice of Removal is timely filed. The Summons included on the first page of Defendants' Exhibit 1 (ECF No. 1-1) is partially illegible and contains no date of service.

Defendant is hereby order to show cause in writing by Friday November 22, 2019 as to why this case should not be remanded for failure to follow the requirements for removal.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____